GOODHOLM & SPARROW INV. CO. v. WESTERN PAVING CO. *et al.*

No. 4443.    Opinion Filed June 1, 1915.

(150 Pac. 110.)

*Error from District Court, Oklahoma County;*

*Geo. W. Clark, Judge.*

Action by the Goodholm & Sparrow Investment Company against the Western Paving Company and others. Judgment for the defendants, and plaintiff brings error. Affirmed.

Powers et al. v. Cook et al.

*Everest & Campbell,* for plaintiff in error.

*Burwell, Crockett & Johnson* and *G. A. Paul,* for defendants in error.

Opinion by GALBRAITH, C. This cause is similar in character and raises the same questions as No. 4442, *Goodholm & Sparrow Investment Co. v. Trinidad-Cleveland Paving Co. et al., ante,* 150 Pac. 109, and the law of that case controls this.

For the reasons given in the opinion filed in No. 4442, we recommend that the judgment appealed from be affirmed.

By the Court: It is so ordered.